PER CURIAM.

Order of Federal Trade Commission to cease and desist affirmed, and respondent ordered to file report with commission, etc.

C. A. FLANERY, Appellant, v. UNITED STATES of America.

No. 10693.

Circuit Court of Appeals, Eighth Circuit.

June 13, 1936.

E. S. Thayer, of Des Moines, Iowa, for appellant.

E. G. Moon, U. S. Atty., of Des Moines, Iowa, and C. I. Level, Asst. U. S. Atty., of Denison, Iowa.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of counsel for appellee and certificate of clerk of United States District Court.

FORDSON COAL COMPANY v. Georgia WARD.

No. 6888.

Circuit Court of Appeals, Sixth Circuit.

Feb. 4, 1936.

Harman, Francis & Hobson, of Pikeville, Ky., for appellant.

Martin & Smith, of Catlettsburg, Ky., for appellee.

Before MOORMAN, HICKS, and ALLEN, Circuit Judges.

PER CURIAM.

The court being of opinion that there was substantial evidence to submit this cause to the jury on the questions of the negligence of the appellee, and it not appearing that error was committed by the trial court in charging the jury, or in refusing to charge it as requested by the appellant, or in the admitting or rejecting of evidence; it is ordered that the judgment be affirmed.

FRIEDMAN–HARRY MARKS CLOTHING CO., Inc., Petitioner, v. NATIONAL LABOR RELATIONS BOARD, Respondent.

No. 4042.

Circuit Court of Appeals, Fourth Circuit.

June 8, 1936.

Weinberg & Sweeten, Leonard Weinberg, and Harry J. Green, all of Baltimore, Md., for petitioner.

Robert B. Watts, Associate Gen. Counsel, and John J. Babe, Atty., National Labor Relations Board, both of Washington, D. C., for respondent.

PER CURIAM.

Petition for review dismissed without prejudice.

FRIEDMAN–HARRY MARKS CLOTHING CO., Inc., Petitioner, v. NATIONAL LABOR RELATIONS BOARD, Respondent.

No. 4043.

Circuit Court of Appeals, Fourth Circuit.

June 8, 1936.

Weinberg & Sweeten, Leonard Weinberg, and Harry J. Green, all of Baltimore, Md., for petitioner.

Robert B. Watts, Associate Gen. Counsel, and John J. Babe, Atty., National Labor Relations Board, both of Washington, D. C., for respondent.

PER CURIAM.

Petition for review dismissed without prejudice.